IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06CV130

| | | |
|---|---|---|
| MOREHEAD ASSOCIATES, INC., | ) | |
| | ) | ORDER GRANTING |
| Plaintiff, | ) | MOTION FOR ADMISSION |
| | ) | PRO HAC VICE |
| v. | ) | |
| | ) | |
| INTUITIVE MANUFACTURING SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court upon the motion of Defendant Intuitive Manufacturing Systems, Inc. to allow **Sarah Kirstine Johnson** to appear *Pro Hac Vice*, filed March 21, 2006.

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Ms. Johnson has paid the admission fee of One Hundred ($100.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: April 25, 2006

Graham C. Mullen
United States District Judge